DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DANIEL AGUILAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:09-cr-0266 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | Date: January 25, 2010 |
| DANIEL AGUILAR, | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for December 7, 2009, **may be continued to January 25, 2010, at 9:00 a.m.**

This reason for the continuance is because the defense has investigation, expert services and plea negotiations to be completed. This continuance will conserve time and resources for both parties and the court.

///
///
///
///
////

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii) and (iv).

```
                                          BENJAMIN B. WAGNER
                                          United States Attorney

DATED: December 3, 2009          By:    /s/ Brian Enos
                                        BRIAN ENOS
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: December 3, 2009          By:    /s/ Ann H. Voris
                                        ANN H. VORIS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Daniel Aguilar
```

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   December 3, 2009**              /s/ Anthony W. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE