| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | ANN H. VORIS, Bar #100433 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | DANIEL AGUILAR |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:09-cr-0266 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE; ORDER |
| v. | ) | |
| | ) | Date: March 1, 2010 |
| DANIEL AGUILAR, | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Anthony W. Ishii |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for January 25, 2010, **may be continued to March 1, 2010, at 9:00 a.m.**

This reason for the continuance is because the defense has investigation, expert services and plea negotiations to be completed. This continuance will conserve time and resources for both parties and the court.

///

///

///

///

////

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii) and (iv).

BENJAMIN B. WAGNER
United States Attorney

DATED: January 20, 2010       By:   /s/ *Brian Enos*
                                    BRIAN ENOS
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: January 20, 2010       By:   /s/ *Ann H. Voris*
                                    ANN H. VORIS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    Daniel Aguilar

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   January 21, 2010**            /s/ **Anthony W. Ishii**
                                         CHIEF UNITED STATES DISTRICT JUDGE