1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  ANN H. VORIS, Bar #100433
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  DANIEL AGUILAR

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    NO. 1:09-cr-0266 AWI
                                       )
12               Plaintiff,            )    STIPULATION TO CONTINUE STATUS
                                       )    CONFERENCE; ORDER
13      v.                             )
                                       )    Date:  March 22, 2010
14  DANIEL AGUILAR,                    )    Time:  9:00 a.m.
                                       )    Judge: Hon. Anthony W. Ishii
15               Defendant.            )
                                       )
16  _____)

17

18      **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19  counsel that the status conference in the above-captioned matter now set for March 1, 2010, **may be**

20  **continued to March 22, 2010, at 9:00 a.m.**

21      This reason for the continuance is that counsel for the defense has a personal traffic matter in San

22  Mateo County, and there is ongoing investigation and negotiation. This continuance will conserve time

23  and resources for both parties and the court.

24  ///

25  ///

26  ///

27  ///

28  ///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2    justice, including but not limited to, the need for the period of time set forth herein for effective defense

3    preparation pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and (B)(ii) and (iv).

4                                                              BENJAMIN B. WAGNER
                                                             United States Attorney
5

6    DATED:  February 17, 2010                    By:    /s/ *Brian Enos*
                                                             BRIAN ENOS
7                                                            Assistant United States Attorney
                                                             Attorney for Plaintiff
8

9                                                            DANIEL J. BRODERICK
                                                             Federal Defender
10

11   DATED:  February 17, 2010                    By:    /s/  *Ann H. Voris*
                                                             ANN H. VORIS
12                                                           Assistant Federal Defender
                                                             Attorney for Defendant
13                                                           Daniel Aguilar

14

15

16

17                                       **O R D E R**

18        **IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and (B)(ii) and

19   (iv).

20

21   IT IS SO ORDERED.

22   **Dated:    February 17, 2010**              **/s/ Anthony W. Ishii**
                                                             CHIEF UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

Stipulation to Continue Status Conference
Hearing; Order                              −2−