BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> DANIEL AGUILAR, ) <br> ) <br> Defendant. ) <br> ) | CR. No. 1:09-CR-00266 AWI <br><br> **STIPULATION TO (1) REPLACE TRIAL CONFIRMATION HEARING WITH CHANGE OF PLEA HEARING AND (2) VACATE TRIAL DATE; ORDER** <br><br> Date:  February 22, 2011 <br> Time:  9:00 a.m. <br> Ctrm:  2 <br> Hon:   Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, by and through their respective attorneys of record, that this action's (2) trial confirmation hearing scheduled to take place at 9:00 a.m. on Tuesday, February 22, 2011 be replaced with a change of plea hearing at the same time and date, and (2) trial currently set to start on Tuesday, March 8, 2011 be vacated.

The parties base this stipulation on good cause and in a variety of respects.  First, the parties reached an agreed-upon resolution regarding this case, and based on this mutually agreed resolution the United States filed a fully executed plea agreement on February 7, 2011. Doc. 35.  Second, defendant is unable to pay defense counsel (as appointed counsel) for continued representation through trial.  As a result, defense

1

counsel initially filed a motion to withdraw as retained counsel and then be appointed panel counsel through trial, if necessary. In light of the parties reaching the above agreement, defense counsel withdrew this motion because he can represent defendant through a change of plea hearing and sentencing. Doc. 34. Defense counsel will not be able to continue preparing for trial, however, unless and until he could be appointed as panel counsel.

Third, in light of the multiple computers and additional external storage media relevant to this case, the forensic expert for the government remains preparing for trial to the exclusion of working on other cases. Accordingly, the parties respectfully request that the February 22, 2011 trial confirmation hearing be replaced with a change of plea hearing on the same date and time, and that the March 8, 2011 trial date be vacated.

```
                                BENJAMIN B. WAGNER
                                United States Attorney

Dated: February 7, 2011     By: /s/ Brian W. Enos_____
                                BRIAN W. ENOS
                                Assistant U.S. Attorney


                                (As auth. 2/9/11)
Dated: February 9, 2011         /s/ Mark W. King_____
                                MARK KING
                                Attorney for Defendant
```

**ORDER**

IT IS SO ORDERED.

Dated:  ___February 9, 2011___        _____
                                      CHIEF UNITED STATES DISTRICT JUDGE