BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:09-CR-00266 AWI |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| DANIEL AGUILAR, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   Based upon the plea agreement entered into between plaintiff United States of America and defendant Daniel Aguilar it is hereby
   ORDERED, ADJUDGED AND DECREED as follows:
   1.   Pursuant to 18 U.S.C. § 2253, defendant Daniel Aguilar's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:
   a)   Laptop Computer, Serial No. 00121904586565, and
   b)   External Hard Drive, Serial No. WMANT1021840.
   2.   The above-listed property constitutes property containing visual depictions of a minor engaged in sexually explicit conduct that had been mailed, shipped, or transported in interstate or

1  foreign commerce, or was produced using materials which had been so
2  mailed, shipped, or transported in violation of 18 U.S.C. §
3  2252(a)(4)(B), all in violation of 18 U.S.C. § 2253.
4      3.   Pursuant to Rule 32.2(b), the Attorney General (or a
5  designee) shall be authorized to seize the above-listed property.
6  The aforementioned property shall be seized and held by the
7  Department of Homeland Security, Immigration and Customs
8  Enforcement, Customs and Border Protection, in its secure custody
9  and control.
10     4.   a.   Pursuant to 18 U.S.C. § 2253(b), incorporating 21
11 U.S.C. § 853(n), and Local Rule 171, the United States shall
12 publish notice of the order of forfeiture.  Notice of this Order
13 and notice of the Attorney General's (or a designee's) intent to
14 dispose of the property in such manner as the Attorney General may
15 direct shall be posted for at least 30 consecutive days on the
16 official internet government forfeiture site www.forfeiture.gov.
17 The United States may also, to the extent practicable, provide
18 direct written notice to any person known to have alleged an
19 interest in the property that is the subject of the order of
20 forfeiture as a substitute for published notice as to those persons
21 so notified.
22          b.   This notice shall state that any person, other than
23 the defendant, asserting a legal interest in the above-listed
24 property, must file a petition with the Court within sixty (60)
25 days from the first day of publication of the Notice of Forfeiture
26 posted on the official government forfeiture site, or within thirty
27 (30) days from receipt of direct written notice, whichever is
28 earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

IT IS SO ORDERED.

Dated:     March 15, 2011                              /s/ signature
                                        CHIEF UNITED STATES DISTRICT JUDGE